**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS L. ARNETT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden,<br><br>　　　　Respondent. | Case No. EDCV 16-1169-FMO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　The Court has reviewed the Petition, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On August 24, 2017, Petitioner filed objections, in which he simply repeats arguments from the Petition and Reply. They were thoroughly addressed in the R. & R., and none of the objections are well taken. Having made a de novo determination of those portions of the R. & R. to which Petitioner objected, the Court accepts the Magistrate Judge's findings and recommendations. IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: September 25, 2017　　　　　　/s/
　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE