**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESUS L. ARNETT, | ) Case No. EDCV 16-1169-FMO (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| DANIEL PARAMO, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 25, 2017       /s/
FERNANDO M. OLGUIN
U.S. DISTRICT JUDGE